UNITED STATES COURT OF APPEALS  
FOR THE SIXTH CIRCUIT

No. 11-3142

CHRISTOPHER G. HRIVNAK,

    Plaintiff - Appellee,

v.

NCO PORTFOLIO MANAGEMENT INC.;  
NCO GROUP, INC.; NCO PORTFOLIO  
MANAGEMENT; NCO FINANCIAL SYSTEMS,  
INC.; JAVITCH, BLOCK & RATHBONE, LLP,

    Defendants - Appellants.

> **FILED**  
> *Jun 11, 2013*  
> DEBORAH S. HUNT, Clerk

Before: SUTTON, McKEAGUE and RIPPLE, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court  
for the Northern District of Ohio at Cleveland.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

                          ENTERED BY ORDER OF THE COURT

                          Deborah S. Hunt, Clerk