,

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Christopher G. Hrivnak,** | ) | **CASE NO. 1: 10 CV 00646** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE DONALD C. NUGENT** |
| | ) | |
| v. | ) | |
| | ) | |
| **NCO Portfolio Management, et al.,** | ) | **JUDGMENT** |
| | ) | |
| **Defendants.** | ) | |

For the reasons stated in the Court's contemporaneous Opinion and Order, Defendants' Motions for Judgment on the Pleadings (ECF #s 76 and 80) are GRANTED.  Plaintiff's complaint is dismissed in its entirety.

**IT IS SO ORDERED.**

                                                                                              s/Donald C. Nugent
                                                                                              **DONALD C. NUGENT**
                                                                                              **UNITED STATES DISTRICT JUDGE**

**DATED:** 1/28/2014